1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Juan Vergara-Castillo

6

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE CATHY ANN BENCIVENGO)**

11 | UNITED STATES OF AMERICA,        )    Case No. 07MJ3006
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                )    **CERTIFICATE OF SERVICE**
                                      )
14 | JUAN VERGARA-CASTILLO,           )
                                      )
15 |         Defendant.                )
   |_____ )
16

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          U.S. Attorney CR
                          Efile.dkt.gc2@usdoj.gov
20

21                                       Respectfully submitted,

22

23 DATED:     January 7, 2008            /s/ Gregory T. Murphy
                                         **GREGORY T. MURPHY**
24                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Juan Vergara-Castillo
25

26

27

28